ORIGINAL



FILED IN CLERK'S
U.S.D.C.

JUN 13 2003

LUTHER D. THOMAS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED PARCEL SERVICE OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES ONE through TEN, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. **1·03-CV-1639** |

## ORDER

**WHEREAS,** Plaintiff has filed an emergency motion requesting expedited discovery for the limited purposes of (a) securing the information necessary to identify the Defendants and determine the Defendants' locations and legal status and (b) preserving the information necessary for Plaintiff to prosecute its claims against Defendants; and

**WHEREAS** the Court has reviewed the record and Plaintiff's motion and has determined that Plaintiff has just need for the expedited discovery it requests by way of its motion,

**IT IS HEREBY ORDERED** that Plaintiff shall be permitted to take discovery immediately for the limited purposes of identifying the Defendants, determining the Defendants' location and legal status, and preserving evidence necessary for trial.

**IT IS FURTHER ORDERED** that Plaintiff may require full and complete responses to any subpoenas or other discovery it serves pursuant to this Order within three (3) calendar days of service.

SO ORDERED, this _13_ day of _June_, 2003.

_____
UNITED STATES DISTRICT JUDGE